IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE TREJO-RODRIGUEZ,<br><br>Defendant. | **4:19CR3034**<br><br>**ORDER** |

After careful consideration,

IT IS ORDERED that the defendant's motion for appointment of counsel (Filing 42) is denied.

Dated this 30th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge